

# NUMBER 13-24-00270-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

ALBERT MATTHEW ESTRADA,                      **Appellant,**

**v.**

THE STATE OF TEXAS,                             **Appellee.**

---

## ON APPEAL FROM THE 464TH DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

---

## MEMORANDUM OPINION

### Before Chief Justice Contreras and Justices Tijerina and Peña
### Memorandum Opinion by Justice Tijerina

This cause is before the Court on appellant's motion to dismiss this appeal. Appellant's counsel filed the motion and attached a signed and sworn verification confirming appellant's desire to dismiss the appeal. We find the motion and signed, sworn verification meet the requirement of Texas Rule of Appellate Procedure 42.2(a) that appellant and attorney must sign a written motion to dismiss the appeal. *See* TEX. R. APP.

P. 42.2(a). Without passing on the merits of the case, we grant the motion to dismiss and dismiss the appeal.

Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained.

JAIME TIJERINA
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
11th day of July, 2024.

2